ACCEPTED
15-25-00043-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 4:10 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00043-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 4:10:14 PM
CHRISTOPHER A. PRINE
Clerk

_____

**THE CONSERVATION SOCIETY OF SAN ANTONIO and
LEWIS VETTER**

*Appellants,*

v.

**UNIVERSITY OF TEXAS AT SAN ANTOINO and
THE CITY OF SAN ANTONIO**

*Appellees.*

_____

On Appeal from Cause No. 2025CI07382
In the 408th Judicial District Court
of Bexar County, Texas
Before The Honorable Judge Tina Torres

_____

## MOTION FOR DISMISSAL

_____

TO THE HONORABLE CLERK AND JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COME NOW Appellants, THE CONSERVATION SOCIETY OF SAN ANTONIO and LEWIS VETTER, and pursuant to TEX. R. APP. P. 42.1 file this MOTION FOR DISMISSAL of the Appeal pending before this Court and would respectfully show:

1. Appellants filed its notice of appeal on April 17, 2025 and sought emergency relief on May 7, 2025 whereas both remain pending before this Court.

2. The current deadline for Appellants' Brief is May 26, 2025 and to date no brief has been submitted.

3. The subject property of the suit has been significantly demolished therefore rendering this appeal moot. As such, Appellants no longer wish to pursue this Appeal.

4. Appellants therefore request this Appeal be dismissed voluntarily under Tex. R. APP. P. 42.1.

Respectfully submitted,

THE MARTINEZ DE VARA LAW FIRM, PLLC

By: */s/* Art Martinez de Vara

ART MARTINEZ DE VARA, ESQ.
STATE BAR NO. 24060230
martinezdevaralaw@gmail.com
CHARLES SIERRA
STATE BAR NO. 18345300
charles@sierraspears.com
DAVID E. CAMPA, OF COUNSEL
STATE BAR NO. 24073991
david@mdv.law
P.O. Box 377
Von Ormy, Texas 78073
Tel. (210) 622-0323
Fax (210) 622-4021
and

SANCHEZ & WILSON, PLLC
ROBERT W. WILSON; TBN 00794868
rww@sanchezwilson.com
MARK ANTHONY SÁNCHEZ, ESQ.
Texas Bar No. 00795857
mas@sanchezwilson.com
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201
Tel. (210) 222-8899
Fax (210) 222-9526
JOINT COUNSEL FOR APPELLANTS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>22th</u> day of <u>May, 2025</u>, a true and correct copy of the attached document has been sent via E-Service to all counsel of record, to wit:

Matthew Baumgartner
Guillermo A. Alarcon
ARMBRUST & BROWN, PLLC
100 Congress Ave., Suite 1300
Austin, Texas 78701
Matthew Baumgartner <mbaumgartner@abaustin.com>
Guillermo A. Alarcon <galarcon@abaustin.com>
Martha Adams <madams@abaustin.com>
*ATTORNEY FOR DEFENDANTS, UTSA AND*
*THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM*
**and**
Steve A. Chiscano
Nadeen Abou-Hossa
GONZALEZ, CHISCANO, ANGULO & KASSON, PC
9601 McAllister Frwy., Suite 401
San Antonio, Texas 78216
Steve Chiscano <schiscano@gcaklaw.com>
Nadeen Abou-Hossa <nabou-hossa@gcaklaw.com>
*ATTORNEY FOR DEFENDANTS, UTSA AND*
*THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM*

Donna McElroy
Katy Jo Richards
DYKEMA GOSSETT, PLLC
112 E. Pecan St., Suite 1800
San Antono, Texas 78205
Donna McElroy <dmcelroy@dykema.com>
Katy Jo Richards <krichards@dykema.com
Carol Qualls < cqualls@dykema.com>
*ATTORNEY FOR DEFENDANT,*
*CITY OF SAN ANTONIO*

_____
ROBERT W. WILSON, ESQ.
MARK A. SANCHEZ, ESQ.
ART MARTINEZ DE VARA, ESQ.

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terri Gould on behalf of Art Martinez de Vara
Bar No. 24060230
mdvlawparalegal@gmail.com
Envelope ID: 101178391
Filing Code Description: Motion
Filing Description: Motion for Dismissal
Status as of 5/22/2025 4:24 PM CST

Associated Case Party: THE CONSERVATION SOCIETY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 5/22/2025 4:10:14 PM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 5/22/2025 4:10:14 PM | SENT |
| Mark Sanchez | 795857 | mas@sanchezwilson.com | 5/22/2025 4:10:14 PM | SENT |
| Misty Spears | | misty@sierraspears.com | 5/22/2025 4:10:14 PM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 5/22/2025 4:10:14 PM | SENT |
| Charles Sierra | | charles@sierraspears.com | 5/22/2025 4:10:14 PM | SENT |
| David Campa | | david@mdv.law | 5/22/2025 4:10:14 PM | SENT |

Associated Case Party: CITY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Donna KayMcElroy | | dmcelroy@dykema.com | 5/22/2025 4:10:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Martha Adams | 871490 | martha@madamslaw.com | 5/22/2025 4:10:14 PM | SENT |
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 5/22/2025 4:10:14 PM | SENT |
| Donna McElroy | 13582050 | dmcelroy@dykema.com | 5/22/2025 4:10:14 PM | SENT |
| Matthew Baumgartner | 24062605 | mbaumgartner@abaustin.com | 5/22/2025 4:10:14 PM | SENT |
| Guillermo Alarcon | 24099176 | galarcon@abaustin.com | 5/22/2025 4:10:14 PM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 5/22/2025 4:10:14 PM | SENT |
| Katelyn Richards | 24125380 | krichards@dykema.com | 5/22/2025 4:10:14 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terri Gould on behalf of Art Martinez de Vara
Bar No. 24060230
mdvlawparalegal@gmail.com
Envelope ID: 101178391
Filing Code Description: Motion
Filing Description: Motion for Dismissal
Status as of 5/22/2025 4:24 PM CST

Case Contacts

| Katelyn Richards | 24125380 | krichards@dykema.com | 5/22/2025 4:10:14 PM | SENT |
| Ariel Velasquez | | avelasquez@dykema.com | 5/22/2025 4:10:14 PM | SENT |
| Carol Qualls | | cqualls@dykema.com | 5/22/2025 4:10:14 PM | SENT |